## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>WYATT NORMAN SHIRES a/k/a WYATT N. SHIRES<br><br>Defendant | CIVIL NO. 16-00036 |

### A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................$76,500.00

Amount of cash received................................................................$76,500.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

   Mileage and Fees.......................................................................$51.84

**DEPARTMENT OF JUSTICE COSTS:**
   (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

   Advertising Cost .....................................................................$1,207.12

TOTAL COSTS TO U.S. GOVERNMENT ..................................$1,258.96

Proceeds of sale less Marshals Costs to the United
States Department of Justice re: CDCS#2016A17592....................$75,241.04

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6309